# EXHIBIT 1

US00D652681S

## (12) United States Design Patent
### Monugian

(10) Patent No.: **US D652,681 S**
(45) Date of Patent: ** Jan. 24, 2012

(54) **BEVERAGE HOLDER**

(76) Inventor: Ricky D. Monugian, Ontario, CA (US)

(**) Term: 14 Years

(21) Appl. No.: 29/372,035

(22) Filed: Oct. 6, 2010

(51) LOC (9) Cl. ................................. 07-01
(52) U.S. Cl. ................................. D7/510
(58) Field of Classification Search .......... D7/510,
D7/511, 500, 532, 900; 215/121, 382, 388,
215/387; 220/674, 715, 713, 718, 592.16,
220/592.17, 709, 708; D9/551, 529
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2,782,614 A | * | 2/1957 | Currie | 220/718 |
| 6,202,877 B1 | * | 3/2001 | La Torre et al. | 220/254.1 |
| D466,371 S | * | 12/2002 | Parker | D7/510 |
| D472,101 S | * | 3/2003 | Janky | D7/532 |
| D535,151 S | * | 1/2007 | Seum et al. | D7/510 |
| D586,182 S | * | 2/2009 | Trombly | D7/510 |
| D622,546 S | * | 8/2010 | Bodum | D7/510 |
| D639,166 S | * | 6/2011 | Carreno | D9/504 |

* cited by examiner

*Primary Examiner* — Cynthia Underwood

(57) **CLAIM**

The ornamental design for a beverage holder, as shown and described.

**DESCRIPTION**

FIG. 1 is a Perspective view of a beverage holder showing my new design;
FIG. 2 is a front view of my new design illustrated in FIG. 1; the rear view of my new design is the mirror image of the front view;
FIG. 3 is a top view thereof; and,
FIG. 4 is a bottom view thereof.
The broken lines represent portions of the environment and form no part of the claim.

**1 Claim, 4 Drawing Sheets**



FIG.1



FIG. 2



10

FIG.3



11

**U.S. Patent**    Jan. 24, 2012    Sheet 4 of 4    US D652,681 S

FIG. 4



12